```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 15313
    MARIA B TRIGO
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-1517


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/23/2007 and was not confirmed.

     The case was dismissed without confirmation 10/11/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE                NOTICE ONLY      NOT FILED            .00            .00
PHH                        CURRENT MORTG          .00            .00            .00
PHH                        MORTGAGE ARRE          .00            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           64.39             .00            .00
CAPITAL ONE                UNSECURED          350.07             .00            .00
SPRINT BANKRUPTCY          UNSECURED          865.39             .00            .00
CHAD M HAYWARD             DEBTOR ATTY            .00                           .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS                 DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                         ---------------       ---------------
TOTALS                           .00                      .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 01/28/08              _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```